# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1451

KA 13-02188

PRESENT: CENTRA, J.P., FAHEY, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                        MEMORANDUM AND ORDER

JOSE DEALMEIDA, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

LABE M. RICHMAN, NEW YORK CITY, FOR DEFENDANT-APPELLANT.

SCOTT D. MCNAMARA, DISTRICT ATTORNEY, UTICA (STEVEN G. COX OF COUNSEL), FOR RESPONDENT.

-----------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Oneida County (Barry M. Donalty, A.J.), dated November 15, 2013. The order denied the motion of defendant to vacate a judgment of conviction pursuant to CPL article 440.

It is hereby ORDERED that said appeal is unanimously dismissed.

Same Memorandum as in *People v Dealmeida* ([appeal No. 1] ___ AD3d ___ [Jan. 2, 2015]).

Entered:  January 2, 2015                     Frances E. Cafarell
                                              Clerk of the Court